**UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF TEXAS**
                              **DALLAS DIVISION**

| | | |
|---|---|---|
| *EDWARD SENCLAIR*, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:21-CV- 1401** |
| | § | |
| *GIGG EXPRESS, INC.*; and *RAVEESH*, | § | |
| | § | |
| **Defendants.** | § | |

## INDEX OF STATE COURT PLEADINGS FILED WITH DEFENDANT GIGG EXPRESS, INC.'S NOTICE OF REMOVAL

Defendant, GIGG Express, Inc. ("Defendant") hereby submits its Index of State Court

Pleadings filed as of the date Defendant filed its Notice of Removal:

| Ex. No. | Document Filed | Filing Party | Date Filed |
|---|---|---|---|
| 1 | Docket Sheet – State Court | Clerk | June 14, 2021 |
| 2 | Plaintiff's Original Petition | Plaintiff | May 10, 2021 |
| 3 | Civil Case Information Sheet | Plaintiff | May 10, 2021 |
| 4 | Correspondence Requesting Service of Process | Plaintiff | May 12, 2021 |
| 5 | Attachment to correspondence | Clerk | May 12, 2021 |
| 6 | Jury Demand | Plaintiff | May 12, 2021 |
| 7 | Status Conference Order | Court | May 12, 2021 |
| 8 | Issue Citation – Gigg Express Inc. | Clerk | May 12, 2021 |
| 9 | Letter approving fee | Plaintiff | May 19 2021 |

*EXHIBIT A*

Respectfully submitted,

*/s/ Jeffrey O. Marshall*

Jeffrey O. Marshall (TSBN 00797005)
jeff.marshall@wilsonelser.com
Jesse R. Showalter (TSBN 24086800)
jesse.showalter@wilsonelser.com
**WILSON      ELSER      MOSKOWITZ
EDELMAN & DICKER, LLP**
901 Main Street, Suite 4800
Dallas, TX 75202
(214) 698-8000 - telephone
(214) 698-1101 – telecopier

**ATTORNEYS FOR DEFENDANT GIGG
EXPRESS, INC.**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of *Index of State Court Pleadings Filed with Defendant Gigg Express, Inc.'s Notice of Removal* was electronically filed with the Court on June 15, 2021. Notice of this filing will be sent by operation of the Court's case management and electronic case filing system.

*/s/ Jeffrey O. Marshall*

JEFFREY O. MARSHALL

**INDEX OF STATE COURT PLEADINGS FILED WITH DEFENDANT GIGG EXPRESS,
INC.'S NOTICE OF REMOVAL**                                                                      **PAGE 2**
6932.22186.00004P-

*EXHIBIT A*

# EXHIBIT 1

## Case Information

DC-21-05961 | EDWARD SENCLAIR vs. GIGG EXPRESS, INC, et al

| Case Number | Court | Judicial Officer |
|---|---|---|
| DC-21-05961 | 44th District Court | WYSOCKI, ASHLEY |
| File Date | Case Type | Case Status |
| 05/10/2021 | MOTOR VEHICLE ACCIDENT | OPEN |

## Party

PLAINTIFF

SENCLAIR, EDWARD

Active Attorneys ▾

Lead Attorney
RIOJAS, ROBERT E
Retained

DEFENDANT

GIGG EXPRESS, INC

Address
PROCESS AGENT SERVICE COMPANY. INC
JEFFERY SCHULTZ
1221 MCKINNEY SUITE 4300
HOUSTON TX 77010

DEFENDANT

RAVEESH, UNKNOWN

Address
J. BRUCE BUGG, JR. CHAIRMAN TEXAS TRANS. COMMISSION
125 E. 11TH STREET
AUSTIN TX 78701-2483

## Events and Hearings

---

05/10/2021 NEW CASE FILED (OCA) - CIVIL

---

05/10/2021 ORIGINAL PETITION ▾

ORIGINAL PETITION

---

05/10/2021 CASE FILING COVER SHEET ▾

COVER SHEET

---

05/12/2021 REQUEST FOR SERVICE ▾

CORRESPONDENCE LETTER

20210511142950.pdf

---

05/12/2021 JURY DEMAND ▾

JURY DEMAND

---

05/12/2021 ORDER - STATUS CONFERENCE ▾

ORDER - STATUS CONFERENCE

---

05/12/2021 ISSUE CITATION ▾

ISSUE CITATION- GIGG EXPRESS INC

Comment
ESERVE

---

05/19/2021 ISSUE CITATION COMM OF INS OR SOS

---

05/19/2021 CORRESPONDENCE - LETTER TO FILE ▾

CORRESPONDENCE LETTER

---

05/19/2021 CITATION ▾

Unserved

Anticipated Server
ESERVE

Anticipated Method
Comment

GIGG EXPRESS INC

05/25/2021 CITATION SOS/COI/COH/HAG ▾

Unserved

Anticipated Server
ESERVE

Anticipated Method
Comment
RAVEESH

06/25/2021 Status Conference ▾

Judicial Officer
WYSOCKI, ASHLEY

Hearing Time
9:00 AM

Comment
EMAILED P 5/12, CIT NOT PAID FOR

## Financial

SENCLAIR, EDWARD

| | | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | $352.00 |
| | Total Payments and Credits | | | $352.00 |
| 5/10/2021 | Transaction Assessment | | | $292.00 |
| 5/10/2021 | CREDIT CARD - TEXFILE (DC) | Receipt # 29163-2021-DCLK | SENCLAIR, EDWARD | ($292.00) |
| 5/13/2021 | Transaction Assessment | | | $16.00 |
| 5/13/2021 | CREDIT CARD - TEXFILE (DC) | Receipt # 29986-2021-DCLK | SENCLAIR, EDWARD | ($16.00) |
| 5/13/2021 | Transaction Assessment | | | $40.00 |
| 5/13/2021 | CREDIT CARD - TEXFILE (DC) | Receipt # 30214-2021-DCLK | SENCLAIR, EDWARD | ($40.00) |
| 5/21/2021 | Transaction Assessment | | | $4.00 |
| 5/21/2021 | | | | ($4.00) |

| CREDIT CARD - TEXFILE (DC) | Receipt # 32025-2021-DCLK | SENCLAIR, EDWARD |

## Documents

ORIGINAL PETITION

COVER SHEET

CORRESPONDENCE LETTER

20210511142950.pdf

JURY DEMAND

ORDER - STATUS CONFERENCE

ISSUE CITATION- GIGG EXPRESS INC

CORRESPONDENCE LETTER

FILED
5/10/2021 12:08 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Alicia Mata DEPUTY

**EXHIBIT 2**

DC-21-05961

CAUSE NO. _____

| | | |
|---|---|---|
| EDWARD SENCLAIR, | ) | |
| | ) | DALLAS COUNTY, TEXAS |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 44th ____ JUDICIAL DISTRICT COURT |
| | ) | |
| GIGG EXPRESS, INC., and | ) | |
| RAVEESH, | ) | (JURY DEMANDED) |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S ORIGINAL PETITION

TO THE COURT:

COMES NOW Plaintiff EDWARD SENCLAIR, by and through his attorney of record, Robert E. Riojas, Riojas Law Firm, P.C., and files this Original Petition against GIGG EXPRESS, INC., and RAVEESH, and in support of the same would show as follows.

I.

Parties

1.     Plaintiff EDWARD SENCLAIR is a resident of the County of El Paso, State of Texas. The last three numbers of Plaintiff's Texas driver's license are: 302. The last three digits of Plaintiff's Social Security Number are: 324.

2.     Defendant GIGG EXPRESS, INC. is a foreign business entity conducting commercial trucking operations in the State of Texas, operating under U.S. DOT 2012062. It can be served by serving its registered agent:

Process Agent Service Company, Inc. c/o Jeffery Schultz
1221 McKinney Suite 4300
Houston, TX 77010

3.     Defendant RAVEESH is an individual who, upon information and belief, is a foreign resident. At the time of the accident made the basis of this suit, he had entered into the State of

Texas as a commercial truck driver.  Thus, pursuant to Texas Civil Practice and Remedies Code,

Section 17.061 et seq., the Chair of the Texas Transportation Commission is the agent for service

of process on Raveesh:

> J. Bruce Bugg, Jr., Chairman
> Texas Transportation Commission
> 125 E. 11th Street
> Austin, Texas 78701-2483

The Chairman is then requested to forward such service on Raveesh at:

> 62 Saintsbury Cres,
> Brampton, ON L6R2V8
> Canada

## II.
### Jurisdiction

4.      This court is the proper venue because Dallas County, Texas is the county where the

accident made the basis of this claim occurred. As a proximate result of said incident, damages in

excess of the minimum jurisdictional limits of this Court were incurred by Plaintiff. Pursuant to

Tex. R. Civ. P 47, Plaintiff states that he seeks monetary relief over $1,000,000.00.

## III.
### Statement of Facts

5.      On or about May 17, 2019, at approximately 11:00 a.m., Plaintiff SENCLAIR was sitting

inside his truck, parked at a "Flying J" truck stop in Dallas County, Texas.  While parked in a

designated parking spot at said truck stop, he was suddenly and violently struck by a tractor-

trailer owned and/or operated by Defendant GIGG EXPRESS, INC., and driven by its employee

/agent, RAVEESH.

6.      The collision and crash resulted in damages to the vehicle driven by Plaintiff and physical

injuries to Plaintiff for which he sues.

IV.
Cause of Action: Negligence

7.     Plaintiff re-alleges all of the foregoing and asserts that the conduct of Defendant

RAVEESH constitutes negligence. Defendant and its agent, RAVEESH, owed Plaintiff and

others the duty to operate their motor vehicle in a safe and prudent manner. Defendant

RAVEESH breached such duty in one or more of the following ways:

> a. Failing to timely apply his brakes to avoid the collision;
>
> b. Failing to control his speed;
>
> c. Driving at a speed unsafe for the area of the collision;
>
> d. Failing to keep a safe and proper lookout;
>
> e. Failing to make a safe turn of his truck;
>
> f. Failing to keep a safe distance between his vehicle and Plaintiff's; and
>
> g. Striking Plaintiff's vehicle.

8.     Because RAVEESH was an employee of Defendant GIGG EXPRESS INC. and engaged

in work duties at the time of the accident described herein, Defendant GIGG EXPRESS INC is

vicariously liable for RAVEESH's negligent conduct.

9.     In addition to all of the foregoing, upon information and belief, it is asserted that

RAVEESH was not properly trained and supervised by Defendant GIGG; that he was unfit to

perform the driving tasks that he had been assigned.  RAVEESH was still under training and not

properly being observed and supervised at the time of the collision.  GIGG failed to ensure that

RAVEESH was a qualified and safe driver and was negligent in its hiring of him.

V.
Damages

10.     Such negligence described above was the proximate cause of Plaintiff's injuries which

include physical pain and suffering, mental anguish, physical impairment, loss of earning capacity, and disfigurement all in past and future. Plaintiff sustained medical expenses in the past for which he seeks compensation. In addition, Plaintiff will likely incur medical expenses in the future, for which he also seeks compensation.

## VI.
### Right to Amend

11.     Plaintiff reserves the right to further amend this Petition as discovery is undertaken and more facts becomes known.

## VII..
### Jury Demand

12.     Plaintiff respectfully demands his right to have a trial by jury of 12 persons.

## VIII.
### Conclusion and Prayer

WHEREFORE, Plaintiff EDWARD SENCLAIR requests Defendants GIGG EXPRESS INC., and RAVEESH to be cited to appear and answer, and that on final trial, Plaintiff have judgment against Defendants as follows:

a.      actual damages in a sum within the jurisdictional limits of the court;

b.      prejudgment interest as provided by law;

c.      post-judgment interest as provided by law;

d.      costs of suit; and

e.      such other and further relief to which Plaintiff may be justly entitled.

Plaintiff reserves the right to amend and/or modify this Petition as necessary or appropriately after additional or further discovery is completed in this matter.

Respectfully Submitted,

RIOJAS LAW FIRM, P.C.

*[s] Robert E. Riojas*

By:  Robert E. Riojas
Bar No. 00791531
2035 Grant Avenue
El Paso, Texas 79930-1016
Telephone:  (915)301-7819
Facsimile:  (915)759-8665
Email: rriojas@riojaslawfirm.net

FILED
5/10/2021 12:08 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO. TEXAS
ALICIA MATA DEPUTY

# EXHIBIT 3

## CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY)*: _____   COURT *(FOR CLERK USE ONLY)*: _____

STYLED Edward Senclair vs. GIGG Express, Inc., and Raveesh

*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| **Name:** <br> Robert E. Riojas | **Email:** <br> rriojas@riojaslawfirm.net | **Plaintiff(s)/Petitioner(s):** <br> Edward Senclair | [X] Attorney for Plaintiff/Petitioner <br> [ ] *Pro Se* Plaintiff/Petitioner <br> [ ] Title IV-D Agency <br> [ ] Other: _____ |
| **Address:** <br> 2035 Grant Ave. | **Telephone:** <br> (915) 301-7819 | | **Additional Parties in Child Support Case:** |
| **City/State/Zip:** <br> El Paso, TX 79930 | **Fax:** <br> (915) 759-8665 | **Defendant(s)/Respondent(s):** <br> GIGG Express, Inc., and Raveesh | **Custodial Parent:** <br><br> **Non-Custodial Parent:** |
| **Signature:** <br> *Robert R.* | **State Bar No:** <br> 00791531 | [Attach additional page as necessary to list all parties] | **Presumed Father:** |

**2. Indicate case type, or identify the most important issue in the case** *(select only 1):*

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract* <br> [ ] Consumer/DTPA <br> [ ] Debt/Contract <br> [ ] Fraud/Misrepresentation <br> [ ] Other Debt/Contract: <br> *Foreclosure* <br> [ ] Home Equity—Expedited <br> [ ] Other Foreclosure <br> [ ] Franchise <br> [ ] Insurance <br> [ ] Landlord/Tenant <br> [ ] Non-Competition <br> [ ] Partnership <br> [ ] Other Contract: | [ ] Assault/Battery <br> [ ] Construction <br> [ ] Defamation <br> *Malpractice* <br> [ ] Accounting <br> [ ] Legal <br> [ ] Medical <br> [ ] Other Professional <br> Liability: <br> [X] Motor Vehicle Accident <br> [ ] Premises <br> *Product Liability* <br> [ ] Asbestos/Silica <br> [ ] Other Product Liability <br> List Product: <br><br> [ ] Other Injury or Damage: | [ ] Eminent Domain/ Condemnation <br> [ ] Partition <br> [ ] Quiet Title <br> [ ] Trespass to Try Title <br> [ ] Other Property: <br><br> **Related to Criminal Matters** <br> [ ] Expunction <br> [ ] Judgment Nisi <br> [ ] Non-Disclosure <br> [ ] Seizure/Forfeiture <br> [ ] Writ of Habeas Corpus— Pre-indictment <br> [ ] Other: | [ ] Annulment <br> [ ] Declare Marriage Void <br> *Divorce* <br> [ ] With Children <br> [ ] No Children <br><br><br> **Other Family Law** <br> [ ] Enforce Foreign Judgment <br> [ ] Habeas Corpus <br> [ ] Name Change <br> [ ] Protective Order <br> [ ] Removal of Disabilities of Minority <br> [ ] Other: | [ ] Enforcement <br> [ ] Modification—Custody <br> [ ] Modification—Other <br> **Title IV-D** <br> [ ] Enforcement/Modification <br> [ ] Paternity <br> [ ] Reciprocals (UIFSA) <br> [ ] Support Order <br> **Parent-Child Relationship** <br> [ ] Adoption/Adoption with Termination <br> [ ] Child Protection <br> [ ] Child Support <br> [ ] Custody or Visitation <br> [ ] Gestational Parenting <br> [ ] Grandparent Access <br> [ ] Parentage/Paternity <br> [ ] Termination of Parental Rights <br> [ ] Other Parent-Child: |

| **Employment** | **Other Civil** | |
|---|---|---|
| [ ] Discrimination <br> [ ] Retaliation <br> [ ] Termination <br> [ ] Workers' Compensation <br> [ ] Other Employment: | [ ] Administrative Appeal <br> [ ] Antitrust/Unfair Competition <br> [ ] Code Violations <br> [ ] Foreign Judgment <br> [ ] Intellectual Property | [ ] Lawyer Discipline <br> [ ] Perpetuate Testimony <br> [ ] Securities/Stock <br> [ ] Tortious Interference <br> [ ] Other: |

| **Tax** | **Probate & Mental Health** | |
|---|---|---|
| [ ] Tax Appraisal <br> [ ] Tax Delinquency <br> [ ] Other Tax | *Probate/Wills/Intestate Administration* <br> [ ] Dependent Administration <br> [ ] Independent Administration <br> [ ] Other Estate Proceedings | [ ] Guardianship—Adult <br> [ ] Guardianship—Minor <br> [ ] Mental Health <br> [ ] Other: |

**3. Indicate procedure or remedy, if applicable** *(may select more than 1):*

| | | |
|---|---|---|
| [ ] Appeal from Municipal or Justice Court <br> [ ] Arbitration-related <br> [ ] Attachment <br> [ ] Bill of Review <br> [ ] Certiorari <br> [ ] Class Action | [ ] Declaratory Judgment <br> [ ] Garnishment <br> [ ] Interpleader <br> [ ] License <br> [ ] Mandamus <br> [ ] Post-judgment | [ ] Prejudgment Remedy <br> [ ] Protective Order <br> [ ] Receiver <br> [ ] Sequestration <br> [ ] Temporary Restraining Order/Injunction <br> [ ] Turnover |

**4. Indicate damages sought** *(do not select if it is a family law case):*

[ ] Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees <br>
[ ] Less than $100,000 and non-monetary relief <br>
[ ] Over $100, 000 but not more than $200,000 <br>
[ ] Over $200,000 but not more than $1,000,000 <br>
[X] Over $1,000,000

Rev 2/13

FILED
5/12/2021 1:24 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Marcus Turner DEPUTY

2-CIT-ESERVE     Case 3:21-cv-01401-S     Document 1-11     Filed 06/15/21     Page 13 of 24     PageID 18

**EXHIBIT 4**

# THE RIOJAS LAW FIRM, P.C.

## A Professional Corporation

Robert E. Riojas
Licensed in Texas and New Mexico

2035 Grant Ave.
El Paso, Texas 79930
Telephone: (915) 301-7819
Telecopier: (915) 759-8665
Email:rriojas@riojaslawfirm.net

May 12, 2021

To:     Dallas County District Clerk          **VIA E-FILE**

Re:     Request for Issuance of Citation

Style:  *Edward Senclair vs. GIGG Express Inc. and Raveesh*
        Cause No. DC2105961 in the 44th Judicial District Court;
        Dallas County, Texas.

Attn:  Clerk of the Court:

This office represents the Plaintiff in this case. We are requesting issuance of a citation in the above-referenced case. A file-stamped copy of the Petition is attached. The parties being served, and for which issuance is requested is:

Process Agent Service Company, Inc. c/o Jeffery Schultz
1221 McKinney
Suite 4300
Houston, TX 77010

And

Raveesh c/o
J. Bruce Bugg Jr., Chairman
Texas Transportation Commission
125 E. 11th Street
Austin, TX 78701-2483

The requested service can be mailed to the address above. Our office will then have a process server serve the citation. Due to COVID-19 restrictions, please email our office copies of the requested documentation. Please notify me of any associated fees.

Sincerely,

By:  */s/ Robert E. Riojas*
Robert E. Riojas
Attorney for Plaintiff

rriojas@riojaslawfirm.net
State Bar No. 00791531
2035 Grant Avenue
El Paso, Texas 79930
Telephone (915) 301-7819
Facsimile (915) 759-8665

FELICIA PITR
DISTRICT CLER
DALLAS CO., TEXA
Alicia Mata DEPUT

# EXHIBIT 5

CAUSE NO. _____

|  |  |  |
|---|---|---|
| EDWARD SENCLAIR, | ) | |
| | ) | DALLAS COUNTY, TEXAS |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 44th ____ JUDICIAL DISTRICT COURT |
| | ) | |
| GIGG EXPRESS, INC., and | ) | |
| RAVEESH, | ) | (JURY DEMANDED) |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S ORIGINAL PETITION

TO THE COURT:

COMES NOW Plaintiff EDWARD SENCLAIR, by and through his attorney of record, Robert E. Riojas, Riojas Law Firm, P.C., and files this Original Petition against GIGG EXPRESS, INC., and RAVEESH, and in support of the same would show as follows.

### I.
### Parties

1.     Plaintiff EDWARD SENCLAIR is a resident of the County of El Paso, State of Texas. The last three numbers of Plaintiff's Texas driver's license are: 302. The last three digits of Plaintiff's Social Security Number are: 324.

2.     Defendant GIGG EXPRESS, INC. is a foreign business entity conducting commercial trucking operations in the State of Texas, operating under U.S. DOT 2012062. It can be served by serving its registered agent:

> Process Agent Service Company, Inc. c/o Jeffery Schultz
> 1221 McKinney Suite 4300
> Houston, TX 77010

3.     Defendant RAVEESH is an individual who, upon information and belief, is a foreign resident. At the time of the accident made the basis of this suit, he had entered into the State of

Texas as a commercial truck driver. Thus, pursuant to Texas Civil Practice and Remedies Code, Section 17.061 et seq., the Chair of the Texas Transportation Commission is the agent for service of process on Raveesh:

J. Bruce Bugg, Jr., Chairman
Texas Transportation Commission
125 E. 11th Street
Austin, Texas 78701-2483

The Chairman is then requested to forward such service on Raveesh at:

62 Saintsbury Cres,
Brampton, ON L6R2V8
Canada

II.
Jurisdiction

4.      This court is the proper venue because Dallas County, Texas is the county where the accident made the basis of this claim occurred. As a proximate result of said incident, damages in excess of the minimum jurisdictional limits of this Court were incurred by Plaintiff. Pursuant to Tex. R. Civ. P 47, Plaintiff states that he seeks monetary relief over $1,000,000.00.

III.
Statement of Facts

5.      On or about May 17, 2019, at approximately 11:00 a.m., Plaintiff SENCLAIR was sitting inside his truck, parked at a "Flying J" truck stop in Dallas County, Texas. While parked in a designated parking spot at said truck stop, he was suddenly and violently struck by a tractor-trailer owned and/or operated by Defendant GIGG EXPRESS, INC., and driven by its employee /agent, RAVEESH.

6.      The collision and crash resulted in damages to the vehicle driven by Plaintiff and physical injuries to Plaintiff for which he sues.

IV.
### Cause of Action: Negligence

7.      Plaintiff re-alleges all of the foregoing and asserts that the conduct of Defendant RAVEESH constitutes negligence. Defendant and its agent, RAVEESH, owed Plaintiff and others the duty to operate their motor vehicle in a safe and prudent manner. Defendant RAVEESH breached such duty in one or more of the following ways:

   a. Failing to timely apply his brakes to avoid the collision;

   b. Failing to control his speed;

   c. Driving at a speed unsafe for the area of the collision;

   d. Failing to keep a safe and proper lookout;

   e. Failing to make a safe turn of his truck;

   f. Failing to keep a safe distance between his vehicle and Plaintiff's; and

   g. Striking Plaintiff's vehicle.

8.      Because RAVEESH was an employee of Defendant GIGG EXPRESS INC. and engaged in work duties at the time of the accident described herein, Defendant GIGG EXPRESS INC is vicariously liable for RAVEESH's negligent conduct.

9.      In addition to all of the foregoing, upon information and belief, it is asserted that RAVEESH was not properly trained and supervised by Defendant GIGG; that he was unfit to perform the driving tasks that he had been assigned. RAVEESH was still under training and not properly being observed and supervised at the time of the collision. GIGG failed to ensure that RAVEESH was a qualified and safe driver and was negligent in its hiring of him.

V.
### Damages

10.     Such negligence described above was the proximate cause of Plaintiff's injuries which

include physical pain and suffering, mental anguish, physical impairment, loss of earning capacity, and disfigurement all in past and future. Plaintiff sustained medical expenses in the past for which he seeks compensation. In addition, Plaintiff will likely incur medical expenses in the future, for which he also seeks compensation.

## VI.
### Right to Amend

11.     Plaintiff reserves the right to further amend this Petition as discovery is undertaken and more facts becomes known.

## VII..
### Jury Demand

12.     Plaintiff respectfully demands his right to have a trial by jury of 12 persons.

## VIII.
### Conclusion and Prayer

WHEREFORE, Plaintiff EDWARD SENCLAIR requests Defendants GIGG EXPRESS INC., and RAVEESH to be cited to appear and answer, and that on final trial, Plaintiff have judgment against Defendants as follows:

a.      actual damages in a sum within the jurisdictional limits of the court;

b.      prejudgment interest as provided by law;

c.      post-judgment interest as provided by law;

d.      costs of suit; and

e.      such other and further relief to which Plaintiff may be justly entitled.

Plaintiff reserves the right to amend and/or modify this Petition as necessary or appropriately after additional or further discovery is completed in this matter.

Respectfully Submitted,

RIOJAS LAW FIRM, P.C.

*[s] Robert E. Riojas*

By: Robert E. Riojas
Bar No. 00791531
2035 Grant Avenue
El Paso, Texas 79930-1016
Telephone: (915)301-7819
Facsimile: (915)759-8665
Email: rriojas@riojaslawfirm.net

FILED
5/12/2021 4:02 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Lafonda Sims DEPUTY

**EXHIBIT 6**

# THE RIOJAS LAW FIRM, P.C.
## A Professional Corporation

Robert E. Riojas
Licensed in Texas and New Mexico

2035 Grant Ave.
El Paso, Texas 79930
Telephone: (915)301-7819
Telecopier: (915)759-8665
rriojas@riojaslawfirm.net

May 12, 2021

To:   Dallas County District Clerk          **<u>VIA E-FILE</u>**

Re:   Request for Jury Demand

Style:  *Edward Senclair vs. GIGG Express Inc. and Raveesh;*
Cause No. DC2105961 in the 44th Judicial District Court;
Dallas County, Texas.

Attn:  Clerk of the Court:

This letter is to confirm our office's request for jury demand in the above-mentioned case. The corresponding payment will be enclosed upon our e-filing of this letter.

Of course, please call if you have any questions.

Sincerely,

By:  */s/ Robert E. Riojas*
Robert E. Riojas
Attorney for Plaintiff
rriojas@riojaslawfirm.net
State Bar No. 00791531
2035 Grant Avenue
El Paso, Texas 79930
Telephone (915) 301-7819
Facsimile (915) 759-8665

# EXHIBIT 7

CAUSE NO. DC-21-05961

| | | |
|---|---|---|
| EDWARD SENCLAIR, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff(s), | § | |
| | § | |
| v. | § | DALLAS COUNTY, TEXAS |
| | § | |
| GIGG EXPRESS, INC., et al, | § | |
| | § | |
| Defendant(s). | § | 44TH JUDICIAL DISTRICT |

## STATUS CONFERENCE ORDER

Please be advised that the above-referenced matter is hereby set for a status conference/dismissal hearing at:

### 9:00 a.m. on June 25, 2021

Failure to appear at this hearing may result in the dismissal of this matter for want of prosecution pursuant to Texas Rules of Civil Procedure 165a and the Court's inherent power.

Signed this 12th day of May, 2021.

_____
JUDGE PRESIDING

# EXHIBIT 8

**FORM NO. 353-3 - CITATION**
**THE STATE OF TEXAS**

**To:**   **GIGG EXPRESS, INC.**
**BY SERVING ITS REGISTERED AGENT PROCESS AGENT SERVICE COMPANY**
**INC. C/O JEFFERY SCHULTZ**
**1221 MCKINNEY, SUITE 4300**
**HOUSTON, TX  77010**

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written
answer with  the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of
twenty days after you were served this citation and  petition, a default judgment may be taken against you. In addition
to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this
suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find
out more at TexasLawHelp.org.  Your answer should be addressed to the clerk of the **44th District Court** at 600
Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **EDWARD SENCLAIR**

Filed in said Court  **10th day of May, 2021** against

**GIGG EXPRESS, INC., RAVEESH**

For Suit, said suit being numbered **DC-21-05961,** the nature of which demand is as follows:
Suit on **MOTOR VEHICLE ACCIDENT** etc. as shown on said petition, a copy of which accompanies this citation.
If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 19th day of May, 2021.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
    TERESA JONES



**OFFICER'S RETURN**

Case No. : DC-21-05961

Court No.44th District Court

Style: EDWARD SENCLAIR

 vs.

GIGG EXPRESS, INC, et al

Came to hand on the _____day of _____, 20_____, at _____ o'clock _____.M. Executed

_____, within the County of _____ at _____ o'clock _____ .M. on

_____day of_____, 20_____, by delivering to the within named

_____

_____

_____

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date

actually traveled by me in serving such process was _____miles and my fees are as follows:   To certify which witness my hand.

|  |  |  |  |
|---|---|---|---|
| For serving Citation | $_____ | _____ | |
| For mileage | $_____ | of _____County, _____ | |
| For Notary | $_____ | By _____Dep |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said  _____before me this _____ day of _____, 20 ___

to certify which witness my hand and seal of office.

_____

Notary Public _____Co

SOS-FEES PAID

FILED
5/19/2021 2:51 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Kayla Buckley DEPUTY

Case 3:21-cv-01401-S    Document 1-1    Filed 06/15/21    Page 24 of 24    PageID 29

# **EXHIBIT 9**

# THE RIOJAS LAW FIRM, P.C.
## A Professional Corporation

Robert E. Riojas
Licensed in Texas and New Mexico

2035 Grant Ave.
El Paso, Texas 79930
Telephone: (915)301-7819
Telecopier: (915)759-8665
rriojas@riojaslawfirm.net

May 19, 2021

To:    Dallas County District Clerk          **<u>VIA E-FILE</u>**

Re:    Citation Correspondence/ Fee

Style:  *Edward Senclair vs. GIGG Express Inc. and Raveesh;*
      Cause No. DC2105961 in the 44th Judicial District Court;
      Dallas County, Texas.

Attn:  Clerk of the Court:

      This letter is to confirm our office's approval of an additional $4.00 fee for a citation for the Secretary of State that our officed was asked to fulfill via e-file on 05/19/2021.

      Of course, please call if you have any questions.

                            Sincerely,

                            By: */s/ Robert E. Riojas*
                            Robert E. Riojas
                            Attorney for Plaintiff
                            rriojas@riojaslawfirm.net
                            State Bar No. 00791531
                            2035 Grant Avenue
                            El Paso, Texas 79930
                            Telephone (915) 301-7819
                            Facsimile (915) 759-8665